UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
No. 23-cv-2745 (WMW/DJF)

Earl Robert Meyer,

    Plaintiff,                                **NOTICE OF APPEARANCE**

v.

Lloyd J. Austin, in his official capacity as Secretary of Defense, and Christine E. Wormuth, in her official capacity as Secretary of the Army,

    Defendants.

Andrew Tweeten, Assistant United States Attorney, notes his appearance as counsel for Defendants Lloyd J. Austin, in his official capacity as Secretary of Defense, and Christine E. Wormuth, in her official capacity as Secretary of the Army. This appearance does not waive any defense or service as required by the Federal Rules of Civil Procedure.

Dated: September 19, 2023                 ANDREW M. LUGER
                                                          United States Attorney

                                                          *s/ Andrew Tweeten*

                                                          By: ANDREW TWEETEN
                                                          Assistant U.S. Attorney
                                                          Attorney ID Number 0395190
                                                          600 U.S. Courthouse
                                                          300 South Fourth Street
                                                          Minneapolis, MN 55415
                                                          (612) 664-5600
                                                          andrew.tweeten@usdoj.gov

                                                          Attorneys for Defendants