## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| EARL ROBERT MEYER,<br><br>*Plaintiff*,<br><br>v.<br><br>LLOYD J. AUSTIN III, in his official capacity as Secretary of Defense,<br><br>and<br><br>CHRISTINE E. WORMUTH, in her official capacity as Secretary of the Army,<br><br>*Defendants*. | Civil No. 23-cv-2745-WMW-DJF<br><br>**DECLARATION OF ALAN M. ANDERSON OF SERVICE OF PROCESS ON ALL DEFENDANTS** |

I, Alan M. Anderson, hereby declare under penalty of perjury as follows:

1. I am lead counsel for Plaintiff Earl Robert Meyer ("Meyer"). This declaration is based on personal knowledge unless otherwise indicated.

2. Pursuant to Federal Rule of Civil Procedure 4(i)(1), on September 11, 2023, I personally mailed copies of the Summons, Complaint with Exhibits A and B, and Civil Cover Sheet by first-class United States mail, certified, return receipt requested to:

   Hon. Lloyd J. Austin, III – United States Secretary of Defense

   Hon. Christine E. Wormuth – United States Secretary of the Army

   Hon. Merrick Garland – Attorney General of the United States

    Hon. Andrew M. Lugar – United States Attorney for the District of Minnesota

3. Attached as Exhibit A is a true and correct copy of the cover letter I sent to each of the foregoing individuals.

4. Attached as Exhibit B are true and correct copies of the certified mail, return receipt requested receipts I received from the United States Postal Service.

5. I have received confirmations of delivery to each of the addressees identified above via the United States Postal Service tracking service. Attached as Exhibit C are true and correct copies of each of those confirmations of delivery.

6. According to the delivery confirmations attached as Exhibit C, delivery of the Summons, Complaint with Exhibits A and B, and Civil Cover Sheet occurred as follows:

    Hon. Andrew M. Lugar – September 13, 2023

    Hon. Lloyd J. Austin, III – September 14, 2023

    Hon. Christine E. Wormuth – September 14, 2023

    Hon. Merrick Garland – September 15, 2023

7. I have received the signed return receipts from the Hon. Andrew M. Lugar, Hon. Lloyd J. Austin, III, and Hon. Merrick Garland. The dates on those return receipts are as follows:

    Hon. Andrew M. Lugar – September 13, 2023

    Hon. Lloyd J. Austin, III – September 14, 2023

    Hon. Merrick Garland – September 18, 2023

8. True and correct copies of the signed return receipts referenced above are attached as Exhibit D.

9. I have been advised that the Secretary of the Army typically does not execute and return certified mail return receipts.

10. Based on the above information, I believe that each of the named defendants were properly served pursuant to Fed. R. Civ. P. 4(i)(1) on September 14, 2023.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge, information and belief as of the date of execution of this declaration.

Dated: September 25, 2023.                    /s/Alan M. Anderson
                                              Alan M. Anderson