# EXHIBIT A


Alan Anderson Law Firm LLC

Alan Anderson Law Firm LLC
Crescent Ridge Corporate Center
11100 Wayzata Blvd., Suite 545
Minneapolis, MN 55305
Office 612.756.7000
Fax 612.756.7050
www.anderson-lawfirm.com

Alan M. Anderson, PhD, FCIArb
NBTA Certified Civil Trial Advocate
MSBA Certified Civil Trial Senior Specialist
Direct 612.756.7010
aanderson@anderson-lawfirm.com

September 11, 2023

<u>By U.S. First Class Certified Mail – Return Receipt Requested</u>

Hon. Lloyd J. Austin, III
Secretary of Defense
1000 Defense Pentagon
Washington, DC 20302-1000

Hon. Christine E. Wormuth
Secretary of the Army
101 Army Pentagon
Washington, DC 20310-0101

Hon. Merrick Garland
Attorney General
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

Hon. Andrew M. Luger
United States Attorney – District of Minnesota
Attn: Civil Process Clerk
300 S. 4th Street
Suite 600
Minneapolis, MN 55101

Re:   <u>Civil No. 23-cv-02745-WMW-DJF, Meyer v. Austin, *et al.*</u>

Dear Mr. Austin, Ms. Wormuth, Mr. Garland and Mr. Luger:

Enclosed and served upon each of you pursuant to Federal Rule of Civil Procedure 4 by U.S. First Class Certified Mail – Return Receipt Requested, please find copies of the following in the above-referenced action:

1. Summons;
2. Complaint with Exhibits A and B; and
3. Civil Cover Sheet.

Hon. Lloyd J. Austin, III
Hon. Christine E. Wormuth
Hon. Merrick Garland
Hon. Andrew M. Lugar
September 11, 2023

Please do not hesitate to contact me if you have any questions or wish to discuss this matter further.

Sincerely yours,

*Alan M. Anderson*

Alan M. Anderson, PhD

Counsel for Plaintiff Robert Earl Meyer