**EXHIBIT C**

**Alan Anderson**

---

| | |
|---|---|
| **From:** | auto-reply@usps.com |
| **Sent:** | Wednesday, September 13, 2023 8:48 AM |
| **To:** | Alan Anderson |
| **Subject:** | USPS® Item Delivered, Front Desk/Reception/Mail Room 70221670000302715443 |



Hello **Alan M Anderson**,

Your item was delivered to the front desk, reception area, or mail room at 8:41 am on September 13, 2023 in MINNEAPOLIS, MN 55415.

Tracking Number: **70221670000302715443**

**Delivered, Front Desk/Reception/Mail Room**



**Tracking & Delivery Options**

**My Account**

1

**Alan Anderson**

---

| | |
|---|---|
| **From:** | auto-reply@usps.com |
| **Sent:** | Thursday, September 14, 2023 7:55 AM |
| **To:** | Alan Anderson |
| **Subject:** | USPS® Item Delivered, Left with Individual 70221670000302715474 |



Hello **Alan M Anderson**,

Your item was delivered to an individual at the address at 8:39 am on September 14, 2023 in WASHINGTON, DC 20310.

Tracking Number: **70221670000302715474**

**Delivered, Left with Individual**



**Tracking & Delivery Options**

**My Account**

# Alan Anderson

| | |
|---|---|
| **From:** | auto-reply@usps.com |
| **Sent:** | Thursday, September 14, 2023 7:56 AM |
| **To:** | Alan Anderson |
| **Subject:** | USPS® Item Delivered, Left with Individual 70221670000302715467 |



Hello **Alan M Anderson**,

Your item was delivered to an individual at the address at 8:39 am on September 14, 2023 in WASHINGTON, DC 20310.

Tracking Number: **70221670000302715467**

**Delivered, Left with Individual**



**Tracking & Delivery Options**

**My Account**

1

**Alan Anderson**

---

| | |
|---|---|
| **From:** | auto-reply@usps.com |
| **Sent:** | Friday, September 15, 2023 4:27 AM |
| **To:** | Alan Anderson |
| **Subject:** | USPS® Item Delivered, Front Desk/Reception/Mail Room 70221670000302715450 |



Hello **Alan M Anderson**,

Your item was delivered to the front desk, reception area, or mail room at 5:10 am on September 15, 2023 in WASHINGTON, DC 20530.

Tracking Number: **70221670000302715450**

**Delivered, Front Desk/Reception/Mail Room**



**Tracking & Delivery Options**

**My Account**