**EXHIBIT D**

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X AW 1593   ☒ Agent  ☐ Addressee<br>B. Received by (Printed Name): US Courthouse   C. Date of Delivery: 09/13/23 |
| 1. Article Addressed to:<br>Hon. Andrew M. Luger<br>US Attorney - D. Minn.<br>Attn: Civil Process Clerk<br>300 S. 4th St., Ste. 600<br>Minneapolis, MN 55415<br><br>9590 9402 8199 3030 4529 38 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☐ Adult Signature        ☐ Priority Mail Express®<br>☐ Adult Signature Restricted Delivery   ☐ Registered Mail™<br>☐ Certified Mail®        ☐ Registered Mail Restricted Delivery<br>☐ Certified Mail Restricted Delivery   ☐ Signature Confirmation™<br>☐ Collect on Delivery    ☐ Signature Confirmation Restricted Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) |
| 2. Article Number (Transfer from service label)<br>7022 1670 0003 0271 5443 | |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon Merrick Garland
Attorney General
950 Pennsylvania Ave NW
Washington, DC 20530-0001

9590 9402 8199 3030 4529 21

7022 1670 0003 0271 5450

7022 1670 0003 0271 5450

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signed]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): SEP 18 2023
C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt